AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Arkansas__

UNITED STATES OF AMERICA

v.

Caballero-Cortez, Julio Cesar

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

Case Number: 4:20-cr-00159-02-BSM
USM Number: 01816-509

Date of Original Judgment: __11/3/2022__
(Or Date of Last Amended Judgment)

Omar Greene
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
 ☐ DENIED.
 X GRANTED and the defendant's previously imposed sentence of imprisonment of __57__ months is reduced to __46__.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __25__
Criminal History Category: __I__
Previous Guideline Range: __57__ to __71__ months

Amended Offense Level: __23__
Criminal History Category: __I__
Amended Guideline Range: __46__ to __57__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __11/3/2022__ shall remain in effect.

IT IS SO ORDERED.

__11-16-23__
Order Date

Signature of Judge

__February 1, 2024__
Effective Date (if delayed)

U.S. District Judge Brian S. Miller
Name and Title of Judge